MARY JONROWE, Respondent, v. INTERNATIONAL BUS CORPORATION, FRANCES ZUPKOFF and HAROLD LEW ZUPKOFF, Appellants.— Same decision and like cause of action as in companion case last above. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

JAMES FOTIADES, Appellant, v. WILLIAM F. BEELKE, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

LAWRENCE WASSINK, Respondent, v. ALBERT TONER, Appellant.— Judgment and order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the facts and for granting a new trial, on the ground that the findings both as to negligence and contributory negligence are against the weight of the evidence. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

ALICE WHEELER, Respondent, v. CLIFFORD WHEELER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion for alimony and counsel fees during pendency of an action for separation.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Proceeding, under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroad Operated by THE PENNSYLVANIA RAILROAD COMPANY and the Railroad of the BUFFALO, ROCHESTER & PITTSBURGH RAILWAY COMPANY, etc., and Chili Avenue, in the City of Rochester, Monroe County. (Case No. 6600.) — Order affirmed, with costs. All concur. (The order directs the elimination of a grade crossing.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

GEORGE SEEGLER, Appellant, v. LAWLESS BROS. PAPER MILLS, INC., Respondent.— Judgment and order reversed on the law, with costs, and motion to strike out all allegations in the amended complaint in reference to the Penal Law granted, with ten dollars costs, and plaintiff directed to serve an amended complaint within ten days omitting all reference to the Penal Law. All concur. (The judgment dismisses plaintiff's complaint in a silicosis action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

CARL D. SMITH and EVERETT L. HIGGS, Respondents, v. BROCTON PRESERVING COMPANY, INCORPORATED, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Cunningham, Taylor and Dowling, JJ.